**IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
Orlando Division**

Case No.: 2021-cv-_____

**GURIT BALSAFLEX CIA. LTDA,**

     Plaintiff,

v.

**CERIX CORP.**

     Defendant.

_____/

**COMPLAINT**

Plaintiff Gurit Balsaflex Cia. Ltda hereby sues Cerix Corporation for breach of contract and unjust enrichment.

**Parties, Jurisdiction & Venue**

1.    Plaintiff Gurit Balsaflex Cia. Ltda ("Gurit") is an Ecuadorian limited liability company based in Quevedo, Ecuador. It has no member in Florida.

2.    Defendant Cerix Corporation ("Cerix") is a Florida corporation based either in Miami, Florida or Orlando, Florida.

3.    Jurisdiction is predicated on 28 U.S.C. § 1332(a)(2) (diversity jurisdiction). This is a dispute between a citizen of Florida

and a citizen of a foreign state.  The amount in controversy exceeds $75,000.00.

4.     Venue is proper pursuant to 28 U.S.C. § 1391(b)(1)&(2) because one of the two contracting parties is based in Orlando, Florida and because at least part of the conduct forming the basis of the lawsuit occurred in this district.

5.     All conditions precedent, if any, have been satisfied or waived.

**Facts**

6.     Gurit and Cerix entered into a contract for the supply of balsa wood.  *See* Exhibit A.

7.     On or about January 28, 2020, Gurit wired $200,000.00 to Cerix as prepayment.  *See* Exhibit B.

8.     On or about March 5, 2020, Cerix supplied Gurit with $30,856.50 of balsa wood. An invoice was issued for the amount, which came out of the $200,000.00 deposit.  *See* Exhibit C.

9.     Cerix never supplied any additional balsa wood after March 2020 despite its obligation to do so.

10.   Gurit sent a letter to Cerix on October 2, 2020 advising Cerix that it was in breach and demanding return of the balance of $169,141.43.  *See* Exhibit D.

11.   Cerix did not respond in any way to the October 2, 2020 letter.

12.   This lawsuit follows.

## Count I – Breach of Contract

13.   Plaintiff incorporates paragraphs 1- 12.

14.   The parties entered a written contract. *See* Exhibit A.

15.   Plaintiff fully performed under the contract.

16.   Defendant breached the contract by not supplying balsa wood and by not returning the balance of $169,141.43.

17.   Plaintiff has been damaged.  The damages are liquidated at $169,141.43.

## Count II – Unjust Enrichment

18.   Plaintiff incorporates paragraphs 1- 12.

19.   This count is pled in the alternative to the breach of contract count.

20.   Plaintiff deposited $200,000.00 with Cerix for the purchase of balsa wood.

21.   Cerix provided only $30,856.50 of balsa wood.

22.   Cerix has retained the balance of $169,141.43.

23.   Under the circumstances, it is unfair and unjust that Cerix retained the balance of $169,141.43.

24.   Equity demands that Cerix return to Gurit the balance of $169,141.43.

25.   Plaintiff's damages are liquidated in the amount of $169,141.43.

### Prayer for Relief

Plaintiff Gurit Balsaflex Cia. Ltda requests judgment in its favor and against Defendant Cerix Corporation in the amount of $169,141.43, plus pre- and post-judgment interest, plus an award of taxable costs.

Respectfully submitted,

_/s/ Matthew Sarelson
Matthew Seth Sarelson, Esq.
Florida Bar 888281
**MATTHEW SETH SARELSON, P.A.**
Attorneys for Plaintiff Gurit
2100 Ponce de Leon, Suite 1290
Coral Gables, Florida 33134
305.773.1952
msarelson@sarelson.com