

## SERVICES  AGREEMENT

**Between**

**Gurit Balsaflex CIA. LTDA, RUC 0992500670001 based in Km 19 de la vía Quevedo a Ventanas Quevedo (Los Ríos) Ecuador, for itself and/or as agent for and on behalf of any other subsidiaries or associated or affiliated companies ("Group Companies") of Gurit Holding AG as are named in an Order (referred to below) (together or separately)**
**("Gurit")**

and
**Cerix® Corp, (Cerix Wood Specialists) EIN Number 82-5102872, based in 1100 South Miami Ave  flor 23, Unit #2306. Miami Fl, 33130 USA**

**("SUPPLIER")**





| **Contents** | **Page** |
|---|---|
| 1. Definitions | 3 |
| 2. Price and Payment | 3 |
| 3. Fees and Commissions | 4 |
| 4. Notice | 4 |
| 5. Assignment | 5 |
| 6. Amendment | 5 |
| 7. Force Majeure | 5 |
| 8. Term and Termination | 6 |
| 9. Hardship | 6 |
| 10. Entire Contract | 7 |
| 11. Governing Law and Venue | 7 |

Attachments

| | |
|---|---|
| 1. Specifications | 9 |
| 2. Pricing | 10 |



**Confidential**



**WHEREAS**,

**Gurit wishes to nominate Cerix® Corp as a supplier of glued balsa blocks and;**

**Cerix® Corp is willing to offer** glued balsa blocks **upon the following terms and conditions.**

**NOW, THEREFORE, it is agreed as set out hereinafter:**

1. Definitions

1.1   "Specifications" shall mean the specifications of the Service set out in Attachment 1.

1.2   Word and expressions defined in the General Terms and Conditions of Purchase attached hereto as Attachment 3 shall have the same respective meanings when used in this Agreement. The capitalised terms that are not defined in this Agreement refer to the terms defined in the General Terms and Conditions.

2. Price and Payment

2.1   The Price Payable by Gurit for the Services is set out in Attachment 2.

2.2   Payment shall be due: - 35% at the issue of export documentation and BL and the rest at the reception of the material

2.3   Any change of the price may imply unilateral dissolution of the contract, in case the parties can't reach an agreement.

2.4   If Gurit require services beyond the Specification set out in Attachment 1 the Supplier shall provide a quotation which meets the terms of this contract

2.5   Payment will be done to supplier's following bank account:

Bank: Bank of America
Beneficiary: Cerix ® Corp
Bank Account: 2290-5726-4531
Swift Code: BOFAUS3N
ABA: #026009593





3.  Fees and commissions

3.1 "The supplier" (Cerix ®) will pay for any fee or commission chargeable by personnel related, as well as any agent or broker who might intervene in the transactions between the parties under this contract frame.

3.2 "The customer" (Gurit Balsaflex) will not have any liability based on such supplier's relations and in consequence neither the supplier or any other third party will not take any action to claim any fee and/or commission from the customer.

3.3 Hereby, for the purposes of this contract, it is referred that both parties know the company Salamar International Business as the appointed broker between the parties for this commercial agreement.

4.  Notice

4.1 All communications under this Agreement shall be in writing and shall be deemed given when delivered personally or when mailed by registered mail, return receipt requested, or when sent electronically by fax or e-mail (provided that such fax or e-mail is confirmed by registered mail on the date of dispatch), to the other party at the address below (or such address as may be specified by a party from time to time).

For Gurit:
Gurit Balsaflex
Km 19 de la vía Quevedo a ventanas Quevedo (Los Ríos)
Ecuador
Attn: Sourcing Manager – alfons.teixidor@gurit.com

For Supplier:
**Cerix® Corp**
2349 Lake Debra Dr. Apto 627
Orlando, Fl  32832 USA
Email: contacts@cerixwoodspecialists.com
Phone: +1 305 9096322
Attn: _____.





5.  <u>Assignment</u>

5.1 Neither party shall assign nor otherwise transfer this Agreement or any interest herein without the prior written consent of the other party, except that Gurit may assign this Agreement in whole or in part to any of its Affiliates or successors to the business to which this Agreement relates.

6.  <u>Amendment</u>

6.1 This Agreement shall only be modified in writing by a document signed by both parties

7.  <u>Force Majeure</u>

7.1 Nether party shall be liable to the other for any failure or delay in the performance of its obligations hereunder, if and to the extent that such failure or delay is attributable to any circumstances beyond its reasonable control ("Force Majeure").

7.2 The party affected by Force Majeure shall provide the other party with full particulars as soon as it becomes aware of the same (including its best estimate of the likely extent and duration of the interference with its activities), and will use its best endeavours to overcome the difficulties created thereby and to resume performance of its obligations as soon as practicable.

7.3 If Force Majeure prevails, or is expected to prevail, for a period of fourteen (14) days or more, the parties will meet to discuss means for overcoming any difficulties, including an amendment to this Agreement to meet the new situation.

7.4 If Force Majeure prevents one of the parties from fulfilling its obligations hereunder for a period of more than thirty (60) days, the other party shall be entitled to terminate this Agreement forthwith by notice in writing.





8       Term and Termination

8.1     This Agreement shall enter into force when signed by both parties and shall remain in effect for an initial period of one (1) years.

8.2     Either party may terminate for any reason by giving no less than three (3) months written notice.

8.3     Either party may terminate this Agreement effective immediately upon written notice in the event of:

   a)   any breach of this Agreement by the other party, which remains uncured after thirty (30) day's written notice thereof from the non-breaching party;

   b)   the other party's insolvency, bankruptcy, or liquidation (voluntary or otherwise) other than for the purpose of amalgamation or reconstruction, or if the other party has a receiver or administrator appointed in respect to its property;

   c)   the other party's violation of environmental, safety or chemical control laws, regulations or ordinances or other mandatory laws.

   d)   changes of the price not agreed from both parties

8.4     Any such termination shall be without prejudice to any other rights and remedies that either party may have at law.

9.      Hardship

9.1     If during the period of this Agreement either party should undergo economic or technical hardship that significantly affects its ability to fulfil its obligations under this Agreement, the parties shall meet to discuss in good faith whether such hardship exists and what measures, if any, should be taken by way of modification or amendment of this Agreement to alleviate any agreed hardship.





10    Entire Contract

10.1    The Attachments referred to in this Agreement form an integral part of this Agreement and are equally binding with this Agreement. In the event of any conflict between the terms and provisions of the Agreement and the Attachments, this Agreement shall prevail. In the event of any conflict between Attachment 1 and the other Attachments, Attachment 1 shall prevail.

11.    Governing Law and Venue

11.1    The Contract and all disputes arising thereunder will be governed by and interpreted in accordance with the laws and will be subject to the exclusive jurisdiction of the courts in which the Company's place of business resides, but excluding the rules on conflict of law. The Supplier irrevocably waives any claim it may have that any proceedings brought in such courts have been brought in an inconvenient forum. Should any term or provisions hereof be held wholly or partly invalid or unenforceable under applicable law, the remainder of the Contract (including the Conditions) will not be affected thereby.

IN WITNESS WHEREOF, each of the parties has caused this Agreement to be executed by its duly authorised representatives and to be made as of the date below.

**Gurit** Balsaflex

**by:**                                             _____

**Sourcing Manager**           _____

**Supplier :**
**by:**                                    Ralbin Y. Duarte Ramirez

                                            Cerix Corp - USA



**Attachments:**
1) Specifications
2) Prices





Confidential



**ATTACHMENT 1**

## SPECIFICATIONS PER ATTACHED DOCUMENT

**MP_09_02_01_EspecificacionesCompras_Texto_v21**
**MP_09_02_08_Adhesion_Politica**
**MP_09_02_07_Formulario_Consentimiento**
**Required documents for import of each shipment:**
- **Certificate of Origin**
- **Phytosanitary Certificate**
- **Fumigation Certificate**
- **Container Certificate**
- **Certificate of Verification on Wood Legality (if required by the export regulation from the origin country)**
- **Commercial Invoice**
- **Packing List**
- **Certificate of Conformance (CoC)**
- **Please, always use our PO number on your documents**



Confidential



**ATTACHMENT 2**

## PRICING

Shipping port: Caldera Costa Rica

Destination port: Guayaquil Ecuador
Incoterm: CFR
Container: 40HC
Container capacity: 60-66 CBM
Price: 900US$/ CBM



10

