## COMPROBANTE DE ENVIO DE GIRO AL EXTERIOR

COMPROBANTE NUMERO: 141COMGIRO103838    FECHA: 2020/01/28

NOMBRE DEL CLIENTE: GURITBALSAFLEX CIA. LTDA.
CUENTA DE DEBITO: Corriente: 2100127890
VALOR DEBITADO POR EL ENVIO DEL GIRO: $ 200000,00
VALOR DEBITADO POR COMISIONES: $ 100,00
VALOR DEBITADO TOTAL: $ 200100,00
GIRO ENVIADO AL BANCO: BANK OF AMERICA, N.A.
/229057264531
GIRO ENVIADO AL BENEFICIARIO: CERIX CORP
1100 SOUTH MIAMI AVE
IMPUESTO SALIDA DE DIVISAS (ISD): $ 9940.00

USUARIO CAJERO: AFERRIN
AGENCIA: 141

BANCO PICHINCHA
Adriana Ferrin R.
Adriana Victoria Ferrín Rivadeneira
Oficial Comercial y Servicios Pymes
Agencia Quevedo Sur

FIRMA Y SELLO DEL CAJERO