

Quevedo, a 2 de octubre de 2020

**Cerix® Corp, (Cerix Wood Specialists)**
**1100 South Miami Ave flor 23, Unit #2306**
**Miami Fl, 33130 USA**
**EIN Number 82-5102872**

**Cerix® Corp**
**2349 Lake Debra Dr. Apto 627**
**Orlando, Fl 32832 USA**

**A la atención de D. Ralbin Duarte:**

Por medio de la presente, **GURIT BALSAFLEX, CIA LTDA** (en adelante "Gurit") se pone en contacto con Vd. en relación al acuerdo comercial suscrito el 21 de enero de 2020 con la sociedad Cerix® Corp, (Cerix Wood Specialists) (en adelante "Supplier"), bajo el objeto de compra/venta de bloques encolados de madera de balsa según especificaciones de contrato.

El motivo de la presente comunicación se debe al incumplimiento reiterado, y por más de 30 días, de entrega de los volúmenes pactados por parte del *Supplier*, hecho que lleva a Gurit a declarar la rescisión del contrato y de sus obligaciones adquiridas, según establecido en la cláusula 8.3 a) del mismo. En base a la misma clausula se solicita el reintegro total del monto adeudado de CIENTO SESENTA Y NUEVE MIL CIENTO CUARENTA Y UN CON 43/100 DOLARES DE LOS ESTADOS UNIDOS DE NORTE AMERICA (USD 169.141,43) según consta en balance de asientos contables a la fecha.

Este monto se liquidará antes del **15 de octubre de 2020** mediante transferencia bancaria a la cuenta de Gurit; de la que el *Supplier* remitirá copia del Swift realizado a Gurit para facilitar su seguimiento.

El incumplimiento por su parte de las anteriores obligaciones dará lugar a la persecución legal de la compañía Cerix® Corp, (Cerix Wood Specialists) y a la ejecución de las prendas en garantía y todas las consecuencias jurídicas previstas en los mencionados compromisos o las consecuencias jurídicas adicionales que legalmente procedan en Derecho, razón por la cual la Compañía se reserva expresamente las acciones que, en tal sentido, le pudieran corresponder ante cualquier orden de la jurisdicción.

Sin otro particular, se aprovecha la ocasión para saludarle atentamente.

Fdo.:_____
**Hugo Andrade**
**Presidente Ejecutivo**
**GURIT BALSAFLEX CIA LTDA.**

Fdo.:_____
**Vanessa Leon**
**Gerente General**
**GURIT BALSAFLEX CIA LTDA.**