# AFFIDAVIT OF PROCESS SERVER

Job # ORL48853

**Client Info:**
Matthew Seth Sarelson, P.A
2100 Ponce de Leon Blvd., Suite 1290
Coral Gables, FL 33134

**Case Info:**

**PLAINTIFF:**
GURIT BALSAFLEX CIA. LTDA
 -versus-
**DEFENDANT:**
CERIX CORP

DISTRICT COURT

Court Case # **6:21-cv-246-ORL-78LRH**

**Service Info:**

Date Received by ACCURATE SERVE MIAMI: **2/8/2021** at **03:33 PM**
Service: I Served **CERIX CORP. Ralbin Yararo Duarte Ramirez, Registered Agent**
With: **SUMMONS IN A CIVIL ACTION, COMPLAINT**
by leaving with **LUZBY (REFUSED LAST NAME), CO-RESIDENT**

At Residence **1919 REDFIELD LANE ORLANDO, FL 32837**

Latitude: **28.377472**
Longitude: **-81.408032**

On **2/9/2021** at **01:42 PM**
**Manner of Service: 0. AUTHORIZED AGENT**
PROCESS HAS BEEN SERVED UPON AN AUTHORIZED AGENT FOR THE NAMED PARTY.

**Served Description:** (Approx)

Age: **40**, Sex: **Female**, Race: **Hispanic**, Height: **5' 3"**, Weight: **150**, Hair: **Brown** Glasses: **No**
Other: LUZBY TOOK THE PAPERS AND WILL GIVE TO MR. RAMIREZ

I **Kristin Denmark** certify that I am over the age of 18, have no interest in the above action, and I am authorized in the jurisdiction in which this service was made.

Signature of Server: _Kristin Denmark_ (signature)
**Kristin Denmark**

**ACCURATE SERVE MIAMI**
151 N NOB HILL ROAD SUITE 254
Plantation, FL 33324

Client # 2021000972
Job # ORL48853

SUBSCRIBED AND SWORN to before me this **10th** day of **Febuary, 2021** by **Kristin Denmark**, Proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me by
[X] physical presence [ ] online presence.

_(signature)_
NOTARY PUBLIC for the state of Florida

Brandy Holmes
NOTARY PUBLIC
STATE OF FLORIDA
Comm# GG949308
Expires 6/13/2022




1 of 1