# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**GURIT BALSAFLEX CIA. LTDA,**

      **Plaintiff,**

v.                                                Case No: 6:21-cv-246-WWB-LRH

**CERIX CORP.,**

      **Defendant.**

## ORDER AND DIRECTION TO THE CLERK

This cause came on for consideration without oral argument on the following motion filed herein:

| | |
|---|---|
| **MOTION:** | **MOTION TO WITHDRAW AS COUNSEL (Doc. 11)** |
| **FILED:** | **March 19, 2021** |

**THEREON** it is **ORDERED** that the motion is **GRANTED**.

On March 19, 2021, Attorneys Jesse Ina Unruh and Whitney M. Dupree (collectively, "Counsel") moved to withdraw as counsel for Defendant Cerix Corp. (Doc. 11). In support, Counsel states that Defendant has not yet paid the agreed upon retainer. (*Id*. at ¶ 1). On March 5, 2021, Counsel informed the Defendant that failure to pay the retainer would necessitate their withdrawal. (*Id*. at ¶ 8). The Defendant acknowledged this consequence and has consented to Counsels' withdrawal. (*Id*. at ¶¶ 8-9). Further, the Plaintiff does not oppose withdrawal. (*Id*. at 4). Upon consideration, the Motion is well-taken.

By granting the Motion, the Defendant will no longer be represented by counsel. As a corporation, the Defendant cannot proceed *pro se* and, therefore, is subject to immediate default.

- 2 -

Local Rule 2.02(b)(2) ("A party, other than a natural person, can appear through the lawyer only."). Since it appears that Defendant intends to defend this action, the Court will not enter default at this time. Instead, the Defendant will be given twenty-one (21) days to retain substitute counsel and to have that counsel appear in this case on its behalf. Further, considering the upcoming deadline to respond to the Complaint (Doc. 10 (setting deadline for March 26, 2021)), the response deadline will be extended until seven (7) days after substitute counsel appears in this case. The deadline to retain substitute counsel will not be extended absent truly exigent circumstances. Therefore, if substitute counsel does not appear on the Defendant's behalf within this 21-day period and thereafter timely respond to the Complaint, the Court will enter default against the Defendant.

Accordingly, it is **ORDERED** that:

1. The Motion (Doc. 11) is **GRANTED**.

2. Attorneys Jesse Ina Unruh and Whitney M. Dupree are granted leave to withdraw as the Defendant's counsel.

3. **Attorney Unruh shall immediately, but no later than March 25, 2021,** send the Defendant a copy of this Order via U.S. mail at its last known address.

4. **On or before March 26, 2021,** Attorney Unruh shall file a notice with the Court certifying that the Order has been mailed to the Defendant and the date of mailing.

5. **On or before April 14, 2021**, the Defendant shall have substitute counsel appear in this case on its behalf. **Substitute counsel shall respond to the Complaint within seven (7) days after he or she appears in this case.**

6. **The deadline for substitute counsel to appear on the Defendant's behalf will <u>not</u> be extended.**

7. **If substitute counsel does not appear on the Defendant's behalf and respond to the Complaint in the time provided, default will be entered against the Defendant.**

8. The Clerk is directed to temporarily update the contact information for Defendant on the docket until new counsel appears on Defendant's behalf as follows:

> Ralbin Duarte
> 1919 Redfield Lane
> Orlando, FL 32837

**DONE** and **ORDERED** in Orlando, Florida on March 24, 2021.

*[signature]*

LESLIE R. HOFFMAN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties